UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN D. HINTON<br>a/k/a DAVID JACOB HANSEN,<br><br>        Defendant. | 10-CR-00032-JLQ<br><br>Order Granting United States' Motion to Quash Writ of Habeas Corpus Ad Prosequendum |

Based upon the government's motion to quash the Writ of Habeas Corpus Ad Prosequendum in the above-entitled matter,

IT IS HEREBY ORDERED that the Writ of Habeas Corpus Ad Prosequendum for JOHN D. HINTON is quashed.

IT IS SO ORDERED this 27th day of July, 2010.

_____
Cynthia Imbrogno
United States Magistrate Judge

Order Granting United States' Motion to Quash Writ of Habeas Corpus Ad Prosequendum - 1

P00726rc.mdl.wpd